**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **PACIFIC BASIN SG PTE. LTD.** | § | |
| ***Plaintiff,*** | § | |
| | § | **C.A. No. 3:26-cv-298** |
| **v.** | § | |
| | § | **IN ADMIRALTY, Rule 9(h)** |
| **SWISSMARINE PTE. LTD.,** | § | |
| ***Defendant.*** | § | |

**CONSENT TO RELEASE OF THE BUNKERS**

As the attorney-in-charge for the proponent of the attachment of the bunkers onboard the M/V CHEVAL ("the vessel"), I represent that:

1. Our client, Pacific Basin SG Pte. Ltd., consents to the release of the bunkers;

2. All parties consent to the release; and

3. The Court has not entered an order that would prevent the release of the bunkers.

Respectfully submitted,

By: */s/ Eugene W. Barr*

Eugene W. Barr
Texas State Bar No. 24059425
Federal I.D. No. 1144784
Dimitri P. Georgantas
Texas State Bar No. 07805100
Federal I.D. No. 2805
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
305 21st St., Ste. 223,
Galveston, Texas 77550
Telephone: (409) 763-1623
Facsimile: (713) 225-9545
eugene.barr@roysonlaw.com
dimitri.georgantas@roystonlaw.com

**ATTORNEY FOR PLAINTIFF**
**PACIFIC BASIN SG PTE. LTD.**