**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PACIFIC BASIN SG PTE. LTD. | 3:26-cv-298 |
| DEFENDANT | TYPE OF PROCESS |
| SWISSMARINE PTE. LTD. | Release of Bunker Attachment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
SwissMarine Pte. Ltd. c/o the Master of the M/V CHEVAL
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
currently located at the Galveston Anchorage

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Eugene W. Barr and Dimitri P. Georgantas<br>Royston, Rayzor, Vickery & Williams, LLP<br>305 21st Street, Suite 223<br>Galveston, Texas 77550 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Please release the bunkers currently onboard the M/V CHEVAL

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Eugene W. Barr Digitally signed by Eugene W. Barr Date: 2026.09.17 11:54 a.m. | ☒ PLAINTIFF<br>☐ DEFENDANT | 409.763.1623 | 9/17/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 79 | No. 79 | William Groek | 9-17-26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

United States Courts
Southern District of Texas
FILED
SEP 21 2026
Nathan Ochsner, Clerk of Court

| Name and title of individual served *(if not shown above)* | Date | Time |
|---|---|---|
| | 9-17-26 | 11:47 ☑ am ☐ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |
| | William Groek | |

***Costs shown on attached USMS Cost Sheet >>***

REMARKS

Emailed the Captain of the M/V Cheval, Coast Guard, Galveston Pilots, and CBP that the U.S. Marshals had released its hold on the M/V Cheval

Fee - $65.00