**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **PACIFIC BASIN SG PTE. LTD.** | § | |
| ***Plaintiff,*** | § | |
| | § | **C.A. No. 3:26-cv-298** |
| **v.** | § | |
| | § | **IN ADMIRALTY, Rule 9(h)** |
| **SWISSMARINE PTE. LTD.,** | § | |
| ***Defendant.*** | § | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Plaintiff Pacific Basin SG Pte. Ltd., by and through its attorneys of record ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P., and files this its Notice of Voluntary Dismissal Without Prejudice, and would respectfully show as follows:

1. On September 4, 2026, Plaintiff filed its Verified Original Complaint against Defendant SwissMarine Pte. Ltd. for attachment of bunkers aboard the M/V CHEVAL (Doc. 1).

2. On September 17, 2026, Plaintiff filed a Consent to Release of the Bunkers aboard the M/V CHEVAL.

3. Defendant SwissMarine Pte. Ltd. has not served either an Answer or a Motion for Summary Judgment.

4. Plaintiff files this Notice of Dismissal with the intention of dismissing the case under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice to refiling.

WHEREFORE, Plaintiff Pacific Basin SG Pte. Ltd. requests this case be dismissed without prejudice.

Respectfully submitted,

By: */s/ Eugene W. Barr*

Eugene W. Barr
Texas State Bar No. 24059425
Federal I.D. No. 1144784
Dimitri P. Georgantas
Texas State Bar No. 07805100
Federal I.D. No. 2805
ROYSTON, RAYZOR, VICKERY & WILLIAMS, LLP
305 21st St., Ste. 223,
Galveston, Texas 77550
Telephone: (409) 763-1623
Facsimile: (713) 225-9545
eugene.barr@roysonlaw.com
dimitri.georgantas@roystonlaw.com

**ATTORNEY FOR PLAINTIFF**
**PACIFIC BASIN SG PTE. LTD.**